IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| MAKITA CORPORATION; | § | No. 3:23-cv-1533-K |
| MAKITA, U.S.A., INC.; MAKITA | § | |
| CORPORATION OF AMERICA and | § | |
| FORNEY INDUSTRIES, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should dismiss this lawsuit without prejudice for lack of subject-matter jurisdiction. *See* Dkt. No. 152. But the Magistrate Judge recommended that if, within the time to file objections, Plaintiff Curtis Taylor provides evidence to support his jurisdictional allegations, the Court should grant in part Defendant Makita Corporation and Defendant Makita U.S.A., Inc.'s Motion for Summary Judgment [Dkt. No. 118] and dismiss Taylor's manufacturing defect and marketing defect claims with prejudice but deny summary judgment on Plaintiff's design defect and negligence claims. *See id.*

Objections were filed [Dkt. No. 155], and Plaintiff submitted evidence of diverse citizenship [Dkt. No. 154]. The District Court reviewed *de novo* those portions

of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant's Objections are **OVERRULED.**

SO ORDERED.

Signed February 17th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE